1
2
3
4
5
6
7                        IN THE UNITED STATES DISTRICT COURT

8                     FOR THE NORTHERN DISTRICT OF CALIFORNIA

9                                  SAN JOSE DIVISION

10   Sylvia Jones,                          NO. C 09-05113 LHK
                                            NO. C 10-00034 JW
11               Plaintiff,
                                            **ORDER REFERRING CASE TO JUDGE**
12        v.                                **KOH FOR CONSIDERATION OF**
                                            **WHETHER C 10-00034 JW IS RELATED**
13   Mortgage Elect. Registration Sys. Inc., et al.   **TO C 09-51133 LHK**

14               Defendants.
     _____/

15        Pursuant to Civil Local Rule 3-12(c), the Court refers C 10-00034 JW to Judge Koh for

16   consideration of whether it is related to an earlier filed action that has recently been transferred to

17   Judge Koh, C 09-05113 LHK.

18        IT IS SO ORDERED.

19

20   Dated:  August 9, 2010                 _____
21                                          JAMES WARE
                                            United States District Judge
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California

**United States District Court**

For the Northern District of California

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Kimberly Ann Paese kapaese@wolfewyman.com

Sylvia Jones
P. O. Box 6043
Santa Clara, CA 95036

**Dated:  August 9, 2010**                    **Richard W. Wieking, Clerk**

                                         **By:        /s/ JW Chambers**
                                               **Elizabeth Garcia**
                                               **Courtroom Deputy**